UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2025
```

ADRIAN A. VELEZ,

              Plaintiff,

-against-

ONE PLUS TECHNOLOGY
(SHENZHEN) CO., LTD.,

              Defendant.

25-CV-2432 (RA) (HJR)

**ORDER**

**HENRY J. RICARDO, United States Magistrate Judge:**

By Order of Service dated October 1, 2025, ECF No. 11, the Court directed the Clerk of Court to issue summonses and transmit the required form for the U.S. Marshals Service ("USMS") to assist in effecting service at the address provided by Plaintiff:

> OnePlus USA Corp.
> Riverside Commons
> 5000 Riverside Drive
> Irving, Texas 75039

The summons was issued on October 6, 2025. Plaintiff's deadline to effect service is therefore January 4, 2026 (90 days after the summons was issued).

On November 26, 2025, USMS submitted a process receipt reporting that service was not effected. ECF No. 13. Specifically, USMS reported that OnePlus USA Corp. had vacated the address provided by Plaintiff for service approximately two years ago.

Plaintiff is directed to provide a new address for service by **December 16, 2025**. Once submitted, the Court will direct the issuance of an amended summons.

If the summons and complaint are not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

If Plaintiff fails to provide an updated address for service by December 16, 2025, the undersigned may recommend to Judge Abrams that this action should be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated:  December 2, 2025
       New York, New York

HENRY J. RICARDO
United States Magistrate Judge

2