USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN A. VELEZ,

Plaintiff,

-v-

ONE PLUS TECHNOLOGY (SHENZHEN) CO., LTD.,

Defendant.

**ORDER**

25-CV-2432 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' status letter. ECF No. 29. The Parties are directed to file their next status letter by **October 21, 2026**.

**SO ORDERED.**

Dated: July 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge