USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN A. VELEZ,

Plaintiff,

-v-

ONE PLUS TECHNOLOGY (SHENZHEN) CO., LTD.,

Defendant.

**ORDER**

25-CV-2432 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned is in receipt of Defendant's request for a pre-motion conference for an anticipated motion for judgment on the pleadings. ECF No. 31. The Order of Reference does not include a referral for dispositive motions. *See* ECF No. 8. Therefore, the request is **DENIED**. Defendant should comply with the district judge's practices for dispositive motions.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 31 as **DENIED**.

**SO ORDERED.**

Dated: September 11, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge