USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN A. VELEZ,

Plaintiff,

-v-

ONE PLUS TECHNOLOGY (SHENZHEN) CO., LTD.,

Defendant.

**ORDER**

25-CV-2432 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter. ECF No. 36. Plaintiff seeks an extension of the deadline to respond to Defendant's Motion for Judgment on the Pleadings, which is ECF No. 34. Plaintiff seeks to extend this deadline until the end of 2026 so that his response can include materials obtained during discovery. A motion under Rule 12(c) addresses the legal sufficiency of Plaintiff's complaint. Thus, it is not necessary to complete discovery to address this motion. Plaintiff, however, can have additional time to respond and his deadline is extended to **October 16, 2026**.

Plaintiff also asks to extend the deadline to amend the pleadings, which was September 30, 2026. That deadline is also extended to **October 16, 2026**.

**SO ORDERED.**

Dated: October 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge