LYDECKER

NEW YORK | NEW JERSEY | FLORIDA | PENNSYLVANIA | CALIFOR

**Please reply to New York Office**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/23/2026

October 22, 2026

**VIA ECF**
Hon. Henry J. Ricardo, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom: Room 21D
Chambers Email: RicardoNYSDChambers@nysd.uscourts.gov

**Re: ADRIAN A. VELEZ v. ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.**
**Civil Case No. 25-CV-2432(RA) (HJR)**
**Lydecker File No. 53941**

---

Dear Honorable Judge Ricardo:

Our firm, Lydecker, represents Defendant ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD. in the above-referenced matter. I am writing to request withdrawal of my representation of Defendant in this matter. My association and employment with Lydecker will come to an end on October 23, 2026. Therefore, after October 23, 2026, I will no longer represent Defendant. This case is represented by other attorneys within Lydecker. Removal of my representation will not prejudice any parties.

We thank Your Honor in this regard.

The request to withdraw is **DENIED** without prejudice to refiling. As stated in the entry at ECF No. 42, Local Rule 1.4 requires that requests to withdraw be made by motion.

Very truly yours,

*/s/ Cuiyun Li*
Cuiyun "Laura" Li, Esq.

Cc: Adrian A. Velez (via ECF)

**SO ORDERED.**
Dated: October 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge