USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN A. VELEZ,

Plaintiff,

-v-

ONE PLUS TECHNOLOGY (SHENZHEN) CO., LTD.,

Defendant.

**ORDER**

25-CV-2432 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated July 23, 2026, the parties were directed to file a status letter by October 21, 2026. ECF No. 30. To date, no such status letter has been received. The deadline to file the status letter is extended to **October 30, 2026**.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge