USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN A. VELEZ,

Plaintiff,

-v-

ONE PLUS TECHNOLOGY (SHENZHEN) CO., LTD.,

Defendant.

**ORDER**

25-CV-2432 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the status letter from Plaintiff. ECF No. 49. The parties shall file the next status letter by **January 5, 2026**.

**SO ORDERED.**

Dated: November 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge